## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**RONALD E. MASON,**                            )
                                               )
                       **Plaintiff,**           )
        **v.**                                  )        **Case No. 2:14-cv-02509**
                                               )
**MIDLAND FUNDING LLC,**                        )
                                               )
                       **Defendant.**           )

### <u>NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Midland Funding LLC ("Midland") hereby removes this civil action from the District Court of Wyandotte County, Kansas, entitled *Mason v. Midland Funding LLC*, Case Number 2014-LM-004236 (the "State Court Action"), to the United States District Court for the District of Kansas.  In support of this removal, Midland states as follows:

1.     Plaintiff Ronald E. Mason ("Plaintiff") filed his Petition in the State Court Action on or about September 5, 2014, purporting to assert claims against Midland for violation of the federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* (Count I), and the Kansas Consumer Protection Act ("KCPA"), K.S.A. 50-627 (Count II).

2.     Plaintiff's FDCPA claim against Midland presents a federal question within this Court's original jurisdiction under 28 U.S.C. § 1331, and the Petition is therefore removable to this Court under 28 U.S.C. § 1441.

3.     Plaintiff served Midland through its Registered Agent, the Corporation Service Company, on or about September 8, 2014.  Midland had no actual or constructive knowledge of the lawsuit before service.

4.     This Notice of Removal is filed within thirty (30) days after Midland was served with a copy of Plaintiff's Petition setting forth the claims upon which this removal is based. Midland has not filed any responsive pleadings in the District Court of Wyandotte County, Kansas, prior to filing this Notice of Removal.

5.     Removal is therefore proper under 28 U.S.C. §§ 1331, 1441, and 1446.

6.     In accordance with 28 U.S.C. § 1446(d), Midland will provide written notice hereof to Plaintiff, and will file a copy of the Notice of Removal with the Clerk of the District Court of Wyandotte County, Kansas.

7.     Midland has, contemporaneously with the filing of this Notice of Removal, submitted a copy of the State Court Petition, attached hereto as "**Exhibit A**."

8.     No admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved.

WHEREFORE, Defendant Midland Funding LLC respectfully removes this action to this Court for further proceedings according to law.

## DESIGNATION OF PLACE OF TRIAL

Defendant Midland Funding LLC requests Kansas City, Kansas as the place of trial.

Dated this 8th day of October, 2014.

Respectfully Submitted,

By: _/s/ Thomas M. Martin_____
        Thomas M. Martin    KS# 13620
        M. Cory Nelson      Kan. Dt. Ct. #78428
        1010 Walnut, Suite 500
        Kansas City, Missouri 64106
        (816) 421-2500 (telephone)
        (816) 472-2500 (facsimile)
        tmmartin@lrf-kc.com
        cnelson@lrf-kc.com
        7015 College Blvd., Suite 135
        Overland Park, Kansas 66211

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on this 8th day of October, 2014, I electronically filed the foregoing Notice of Removal with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed the document by first class mail, postage prepaid, to the following:

A.J. Stecklein
Michael Rapp
CONSUMER LEGAL CLINIC LLC
748 Ann Avenue
Kansas City, Kansas 66101
Telephone:  (913) 371-0727
Facsimile:  (913) 371-0147
aj@kcconsumerlawyer.com
mr@kcconsumerlawyer.com

ATTORNEYS FOR PLAINTIFF

        /s/Thomas M. Martin_____
        Attorney for Defendant

W:\DOCS\CLIENT\9619\26176\00116195.DOCX